### 31498. PATTERSON v. CITY OF ATLANTA.

GARDNER, J. The rulings in *Crowe* v. *Atlanta*, ante, are controlling on the issues presented in the instant case, and the superior court did not err in overruling and dismissing the certiorari.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED MARCH 11, 1947. REHEARING DENIED MARCH 28, 1947.

*C. E. Moore, E. L. Fowler,* for plaintiff in error.

*J. C. Savage, J. C. Murphy, J. M. B. Bloodworth, John E. Feagin,* contra.